HENRY CLEMENTS *v.* HYMAN GOODKOFSKY

The motion by the defendant for judgment for the failure of the plaintiff to defend with proper diligence the appeal from the Court of Common Pleas in Fairfield County is granted, in accordance with Practice Book § 696, unless, on or before June 21, 1965, the plaintiff files his brief.

*Thomas F. Keyes, Jr.,* for the appellant (defendant).

*John J. McNamara,* for the appellee (plaintiff).

Argued June 1—decided June 1, 1965

SALVATORE CONSIGLIO ET AL. *v.* BOARD OF ZONING APPEALS OF THE CITY OF NEW HAVEN ET AL.

The motion by the defendants for an order requiring the trial court to complete the record in the appeal from the Court of Common Pleas in New Haven County is denied.

*Julius Maretz,* for the defendants Atlantic Refining Company and The George Howard Company, and *A. Frederick Mignone,* corporation counsel, and *Joseph E. Bove,* assistant corporation counsel, for the named defendant, in support of the motion.